821 A.2d 1246

**Kristin RICHMOND, Appellee**

**v.**

**PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 2003.

Decided April 25, 2003.

Charles W. Craven, Philadelphia, for Prudential Property and Cas. Ins. Co., Appellant.

David Gerald Knerr, Michael J. Piosa, Allentown, for Kristin Richmond, Appellee.

Matthew Stephen Crosby, Scott B. Cooper, Harrisburg, for PA Trial Lawyers Ass'n, Appellee Amicus Curiae.

motivated to pursue litigation than where the victim has allegedly been murdered.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

Remanded to Superior Court for consideration in light of *Prudential v. Colbert*, 813 A.2d 747 (Pa.2002). Jurisdiction relinquished.